5/1/23, 1:42 PM | Re: Next steps for MD-090-202

| | |
|---|---|
| Subject: | **Re: Next steps for** ▇ |
| Date: | 5/1/2023 10:29:35 AM Eastern Standard Time |
| From: | ellyn.hulsey@evsck12.com |
| To: | janetmitchell1@aol.com |
| Cc: | ▇@yahoo.com |

We met with the family today. We came to an agreement with the family. Both parties have agreed to drop the complaint an and mediation.

EVSC will update the the IEP to reflect provisions for an LRE of a 53. He will attend The Learning Center from 8-2 daily.

The family would like to take him Thursday for a tour. The family will drop him off and leave him at school.

Thanks,

Ellyn

Sent from my iPhone

> On May 1, 2023, at 9:06 AM, Janet Mitchell <janetmitchell1@aol.com> wrote:
>
> I need to send the Mediation Scheduling letter today, so I can put 10 but also mention noon as a possibility, and you two can let me know if we can meet at noon. Will that work?
>
> Cordially,
>
> Janet Mitchell, Mediator
>
>> Starting at 10 am is ok here. I would prefer 12 . Can we wait to see if we get anything discussed at pre mediation ?
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>> -------- Original message --------
>> From: "Hulsey, Ellyn" <ellyn.hulsey@evsck12.com>
>> Date: 4/28/23 10:30 AM (GMT-06:00)
>> To: Janet Mitchell <janetmitchell1@aol.com>
>> Cc:
>> Subject: Re: Next steps for ▇

**Subject** Re: Next steps for MD-090-2023

**From** ███n <████████████>

**To:** Janet Mitchell <janetmitchell1@aol.com>

**Date** Yesterday at 6:05 PM

Yes I am.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Janet Mitchell <janetmitchell1@aol.com>
Date: 5/1/23 11:51 AM (GMT-06:00)
To: ███n ████████@yahoo.com>, ellyn.hulsey@evsck12.com
Subject: Re: Next steps for ████████

Dear Ms. ██████:

Are you also dropping the request for mediation?

Cordially,

Janet Mitchell, Mediator

On Monday, May 1, 2023, 10:39 AM, ██████n <████████@yahoo.com> wrote:

I have agreed to drop the complaint. The school will update the IEP to reflect he will begin attending The Learning Center beginning on Thursday May 4 .

Thank you
██████████

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Janet Mitchell <janetmitchell1@aol.com>