

April 26, 2024

Catherine Michael
Connell Michael, LLP
550 Congressional Boulevard Suite 115
Carmel, Indiana 46032

*Distribution via email -* catherine@connellmichaellaw.com

Re: R.O. v. EVSC, Hearing No. HR-062-2024 – Notice of Certain Frivolous Claims

Dear Ms. Michael,

    This letter is to inform you that EVSC will seek its attorney fees in having to defend against allegations relating to EVSC's conduct occurring on or before May 1, 2023, given that your client, ██████████, filed a Complaint and Mediation request with the Department of Education less than one year ago for events arising out of the same or similar facts as those found in your Due Process Complaint, and such was resolved by agreement of the parties on or about May 1, 2023. (*See*, documents produced herewith marked EVSC 1213-1234.) Importantly, not only did ██████████ agree in writing (via email) to drop both the Complaint and Mediation based upon the parties agreement (*See,* EVSC 1220-22), but ██████████ later expressed her satisfaction with R.O.'s new placement, updated IEP, and additional accommodations received under the parties' agreement.

    Accordingly, you are hereby placed on notice that claims arising on or before May 1, 2023, are frivolous, unreasonable, and/or without foundation, based upon the parties' prior agreement, and, to the extent such claims are pursued, EVSC will seek its attorney fees in defending those claims, as authorized by 511 IAC 7-45-11(b)(1) and (b)(2). Thank you for your consideration on this issue and please let us know if you wish to discuss.

Sincerely,

Ziemer, Stayman, Weitzel & Shoulders, LLP

Patrick Shoulders
Reid P. Lorey
cwhitehead@zsws.com
rlorey@zsws.com