UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| L.O. and B.O on behalf of R.O., | ) |
| Plaintiffs | ) |
| v. | ) Case No. 3:25-cv-00007-MPB-CSW |
| Evansville Vanderburgh School Corporation, | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO EVSC'S CONSOLIDATED BRIEF IN SUPPORT OF CROSS-MOTION FOR JUDGMENT UNDER THE IDEA AND AS TO LIABILITY ON COUNTERCLAIM AND EVSC'S OPPOSITION TO MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Plaintiffs, L.O. and B.O. on behalf of R.O., having filed their Unopposed Motion for Extension of Time to Respond to EVSC's Consolidated Brief in Support of Cross-Motion for Judgment under the IDEA and as to Liability on Counterclaim and EVSC's Opposition to Motion for Judgment on the Administrative Record, , and the Court having reviewed the same and being duly advised in the premises, finds that said Motion [62] is **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall have up to and including January 12, 2026 within which to file their consolidated reply in support of the Motion for Judgment on the Administrative Record and response to Defendant's Motion for Summary Judgment.

SO ORDERED:

10/22/2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record.