UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| L.O. and B.O. on behalf of R.O., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVANSVILLE VANDERBURGH SCHOOL ) <br> CORPORATION, ) <br> ) <br> Defendant. ) | No. 3:25-cv-00007-MPB-CSW |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Oversized Reply and Response Brief, (Docket No. 64), and good cause appearing, it is hereby **ORDERED** that Plaintiffs may file a consolidated reply and response brief not to exceed sixty-five (65) pages.

**IT IS SO ORDERED.**

Dated: October 31, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.